UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EMILY N. BOALS, Individally and as Mother
of Rhiley Steinbeck, a minor;  PLAINTIFF

v.  CASE NO. 2:20-CV-00113-BSM

DAVID W. BEDORE, Individually and
as an Employee of Perry Wilson Trucking, LLC;
AND PERRY WILSON TRUCKING, LLC,  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The parties will bear their own costs.

IT IS SO ORDERED this 24th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE